IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LESLIE NEWSOME

VS.                                                     CIVIL ACTION NO. 2:05CV2043-KS-JMR

CHRYSLER FINANCIAL SERVICES, LLC,
DUB HERRING DODGE, ET AL

## FINAL JUDGMENT

This matter having come on to be heard on this date upon the Motions to Dismiss for Lack of Jurisdiction and the Court having found that the matter should be dismissed without prejudice:

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED on this, the 8th day of March, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE